FILED
2008 Oct-21  PM 02:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Oct 21, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
08 OCT 21 PM 2: 27
U.S. DISTRICT
N.D. OF ALA.

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 21, 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: TOTAL BODY FORMULA PRODUCTS
LIABILITY LITIGATION

MDL No. 1985

## TRANSFER ORDER

**Before the entire Panel**: Now before the Panel is a motion brought, pursuant to 28 U.S.C. § 1407, by plaintiffs in ten Northern District of Alabama actions for coordinated or consolidated pretrial proceedings of the fifteen actions listed on Schedule A. The motion encompasses twelve actions in the Northern District of Alabama, two actions in the Middle District of Florida and one action in the Northern District of Florida.[1]

Moving plaintiffs seek centralization in the Northern District of Alabama. Common defendant Total Body Essential Nutrition, Inc., and defendants Wright Enrichment, Inc.; Wright Pharma, Inc.; and Texamerican Food Blending, Inc., support the motion. Plaintiff in one of the related actions in the Western District of Kentucky also supports the motion. Plaintiffs in one Middle District of Florida action and the related Northern District of Georgia action initially supported centralization in other districts, but now also support centralization in the Northern District of Alabama. Plaintiffs in the Northern District of Florida action agree that centralization is appropriate, but propose the Northern District of Florida as the transferee district.

Horizon Health Care Systems, Inc., d/b/a The Medicine Shoppe, a defendant in the Northern District of Florida action, opposes the motion.

On the basis of the papers filed and hearing session held, we find that these fifteen actions involve common questions of fact, and that centralization under Section 1407 in the Northern District of Alabama will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions share questions of fact arising from the defendants' manufacturing, marketing, selling and distribution of Total Body Formula and Total Body Mega

---

[1] In addition to the actions encompassed by the motion, the parties have notified the Panel of two related actions in the Northern District of Alabama, two related actions in the Western District of Kentucky and a related action in the Northern District of Georgia. These actions and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

- 2 -

Formula. Plaintiffs in all actions allege that certain flavors of these products contained excessive amounts of minerals and caused them injuries. Centralization under Section 1407 will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

The Northern District of Alabama stands out as an appropriate transferee district. In total, fourteen of the twenty actions are pending in this district, and nearly all responding parties support centralization there. In addition to the moving plaintiffs, the three main defendants and plaintiffs in three actions outside the Northern District of Alabama support centralization in that district. Also, no multidistrict litigation dockets are currently pending in the Northern District of Alabama.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Northern District of Alabama are transferred to the Northern District of Alabama and, with the consent of that court, assigned to the Honorable David R. Proctor for coordinated or consolidated pretrial proceedings with the actions listed on Schedule A and pending in that district.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

J. Frederick Motz          Robert L. Miller, Jr.
Kathryn H. Vratil          David R. Hansen
W. Royal Furgeson, Jr.

IN RE: TOTAL BODY FORMULA PRODUCTS
LIABILITY LITIGATION                                    MDL No. 1985

## SCHEDULE A

### Northern District of Alabama

Cindi B. Howard, et al. v. Total Body Essential Nutrition, Inc., et al., C.A. No. 1:08-1012
John W. Wilkerson v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-626
Bryan Hicks v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-627
David L. Dickens v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-712
Virginia R. Dickens v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-713
Edward Patalas v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-758
B. Chase Hicks, etc. v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-759
Jennifer Wood v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-827
Hazel White v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-828
Flora Doss v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-949
Marcella Sparks v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-1010
James L. Kassner, Jr. v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-1094

### Middle District of Florida

Frank Eriquez v. Total Body Essential Nutrition, Inc., C.A. No. 6:08-1000
Judy Golembeski v. Total Body Essential Nutrition, Inc., et al., C.A. No. 6:08-1159

### Northern District of Florida

Stockton Hess, et al. v. Wright Pharma, Inc., et al., C.A. No. 5:08-200

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
## for
## MDL 1985 - IN RE: Total Body Formula Products Liability Litigation

*** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
 * Signifies that an appearance was made on behalf of the party by the representing attorney.
 # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
 All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
Docket: 1985 - Total Body Formula PL
For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**   Page 1

Docket: 1985 - IN RE: Total Body Formula Products Liability Litigation
Status: Transferred on 10/21/2008
Transferee District: ALN   Judge: Proctor, R. David   Printed on 10/21/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Beall, Jr., Charles F.<br>MOORE HILL & WESTMORELAND PA<br>220 West Garden Street<br>Sun Trust Tower, 9th Floor<br>P.O. Box 13290<br>Pensacola, FL 32591-3290 | => Phone: (850) 434-3541  Fax: (850) 435-7899<br>Global Nutrition, LLC |
| Cate, Rodney R.<br>HAND ARENDALL LLC<br>11 North Water Street<br>RSA Tower, Suite 3000<br>P.O. Box 123<br>Mobile, AL 36601 | => Phone: (251) 432-5511  Fax: (251) 694-6375  Email: rcate@handarendall.com<br>Total Body Essential Nutrition, Inc.* |
| Davis, John Clark<br>LAW OFFICES OF JOHN C DAVIS<br>623 Beard Street<br>Tallahassee, FL 32303 | => Phone: (850) 222-4770  Fax: (850) 222-3119  Email: john@johndavislaw.net<br>Adams, Brenda*; Adams, John*; Hess, Stockton*; Hess, Tammy*; Holland (Ind./Mother & Next Friend-G.H., V), Mary*; Slay, Richard*; Slay, Tammy*; Thompson, Margaret* |
| Gloor, D. Patterson<br>GLOOR LAW GROUP LLC<br>225 West Wacker Drive<br>Suite 1700<br>Chicago, IL 60606 | => Phone: (312) 752-3700  Fax: (312) 752-3701  Email: pgloor@gloorlaw.com<br>TexAmerican Food Blending, Inc.*; TexAmerican Food Marketing, Inc. |
| Hatch, III, George W.<br>KUBICKI DRAPER<br>106 East College Avenue<br>Suite 1010<br>Tallahassee, FL 32301 | => Phone: (850) 222-5188  Fax: (850) 222-5108  Email: gwh@kubickidraper.com<br>Horizon Health Care Systems, Inc. dba Medicine Shoppe* |
| Jacobson, Lee M.<br>LAW OFFICES OF MICHAEL B BREHNE PA<br>620 North Wymore Road<br>Suite 270<br>Maitland, FL 32751 | => Phone: (407) 645-2195<br>Golembeski, Judy |
| Lamb, Jr., Archie C.<br>LAMB FIRM<br>2900 1st Avenue South<br>Birmingham, AL 35223 | => Phone: (205) 324-4644  Fax: (205) 324-4649  Email: alamb@archielamb.com<br>Dickens, David L.; Dickens, Virginia R.; Doss, Flora; Hicks (By & Through his Mother & Next Friend Brandi), B. Chase; Hicks, Bryan; Kassner, Jr., James L.; Patalas, Edward; White, Hazel; Wilkerson, John W.; Wood, Jennifer |
| Manley, Duncan Y.<br>CHRISTIAN & SMALL LLP<br>1800 Financial Center<br>505 North 20th Street<br>Suite 1800<br>Birmingham, AL 35203-2696 | => Phone: (205) 795-6588  Fax: (205) 328-7234  Email: DYManley@csattorneys.com<br>Wright Enrichment, Inc.*; Wright Holdings, Inc.; Wright Nutrition, Inc.; Wright Pharma, Inc. |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,985 Continued)* Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Montgomery, Jeffrey P.
JEFFREY P MONTGOMERY PC
P.O. Box 1858
606 South 5th Street
Gadsden, AL 35902

=>Phone: (256) 543-7570  Fax: (256) 543-7578  Email: montgomerylawoffice@comcast.net
St. John's Nutrition*

Rickard, Jeffrey C.
MARSH RICKARD & BRYAN PC
800 Shades Creek Parkway
Suite 600 D
Birmingham, AL 35209-4532

=>Phone: (205) 879-1981  Fax: (205) 879-1986  Email: jrickard@mrblaw.com
Howard, Cindi B.; Howard, Marion; Sparks, Marcella; Taylor, Joshua

Weinstein, Scott Wm.
MORGAN & MORGAN PA
12800 University Drive
Suite 600
P.O. Box 9504
Fort Myers, FL 33906

=>Phone: (239) 433-6880  Fax: (239) 433-6836  Email: sweinstein@forthepeople.com
Eriquez, Frank

Note: Please refer to the report title page for complete report scope and key.

IN RE: TOTAL BODY FORMULA PRODUCTS
LIABILITY LITIGATION

MDL No. 1985

## INVOLVED CLERKS LIST

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801
**Flmd-MDL Litigition/FLMD/11/USCOURTS**

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafox Street
Pensacola, FL 32501-5625
**FLNDdb_efile MDL/FLND/11/USCOURTS**

## UNITED STATES JUDICIAL PANEL
on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge W. Royal Furgeson, Jr.
United States District Court
Western District of Texas

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:         [202] 502-2888
http://www.jpml.uscourts.gov

October 21, 2008

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Re: MDL No. 1985 -- IN RE: Total Body Formula Products Liability Litigation

Dear Mr. Mathis:

Attached as a separate document is a certified copy of a transfer order issued today by the Judicial Panel on Multidistrict Litigation in the above-captioned matter. The order is directed to you for filing. Rule 1.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001), states "A transfer or remand pursuant to 28 U.S.C. § 1407 shall be effective when the transfer or remand order is filed in the office of the clerk of the district court of the transferee district."

Today we are also serving an information copy of the order on the transferor court(s). The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred [transferor court]."

Rule 1.6(a), pertaining to transfer of files, states "the clerk of the transferor district court shall forward to the clerk of the transferee district court the complete original file and a certified copy of the docket sheet for each transferred action." **With the advent of electronic filing, many transferee courts have found that it is not necessary to request the original file. Some transferee courts will send their certified copy of the Panel order with notification of the newly assigned transferee court case number and inform the transferor courts that they will copy the docket sheet via PACER. Others may request a certified copy of the docket sheet and a copy of the complaint (especially if it was removed from state court). You should be specific as to the files you would like to receive from the transferor courts and if no files will be necessary, you should make that clear. Therefore, Rule 1.6(a) will be satisfied once a transferor court has complied with your request.**

You may find Chapter 7 of Volume 4 of the Clerks Manual, United States District Courts helpful in managing the your MDL docket.

The Panel Clerk's Office maintains the only statistical accounting of multidistrict litigation traffic in the federal courts. These statistics are used by the Administrative Office of the United States Courts and the Judicial Conference. Therefore, your cooperation in keeping the Panel advised of the progress of this litigation would be appreciated. We are particularly interested in receiving the docket numbers assigned to each transferred action by your court; the caption and docket numbers of all actions originally filed in your district; and copies of orders regarding appointment of liaison counsel, settlements, dismissals, state court remands, and reassignments to other judges in your district.

- 2 -

Your attention is also directed to Panel Rule 7.6, regarding termination and remand of transferred actions. Upon notification from your court of a finding by the transferee judge suggesting to the Panel that Section 1407 remand of a transferred action is appropriate, this office will promptly file a conditional remand order.

Attached to this letter, for your information, is a copy of the Panel Attorney Service List and a listing of the transferor court clerks with respect to this order.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Dana L. Stewart*

Dana L. Stewart
Deputy Clerk

Attachments (Transfer Order is a Separate Document)

cc:     Transferee Judge: Judge R. David Proctor
        Chief Judge Transferee District: Judge Sharon Lovelace Blackburn
        Judge William M. Acker, Jr.
        Judge Karon O. Bowdre
        Judge U. W. Clemon
        Judge Harwell G. Davis, III
        Judge Paul W. Greene
        Judge Virginia Emerson Hopkins
        Judge Inge P. Johnson
        Judge Robert B. Propst

JPML Form 33