FILED
2008 Nov-17  PM 02:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Nov 14, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Oct 29, 2008

FILED
CLERK'S OFFICE

IN RE: TOTAL BODY FORMULA PRODUCTS
LIABILITY LITIGATION

MDL No. 1985

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On October 21, 2008, the Panel transferred three civil actions to the United States District Court for the Northern District of Alabama for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ____ F.Supp.2d ____ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable R. David Proctor.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Alabama and assigned to Judge Proctor.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Alabama for the reasons stated in the order of October 21, 2008, and, with the consent of that court, assigned to the Honorable R. David Proctor.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Alabama. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 14, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: TOTAL BODY FORMULA PRODUCTS
LIABILITY LITIGATION                                                MDL No. 1985

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA NORTHERN** | |
| FLN  3  08-433 | Jimmy B. Hill, et al. v. TexAmerican Food Blending, Inc., et al. |
| **GEORGIA NORTHERN** | |
| GAN  1  08-2364 | James Kelly v. Total Body Essential Nutrition, Inc. |
| **KENTUCKY WESTERN** | |
| KYW  3  08-369 | Kara M. Meredith v. Total Body Essential Nutrition, Inc., et al. |
| KYW  3  08-435 | Patricia Breehl, et al. v. Total Body Essential Nutrition, Inc., et al. |