# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| TOTAL BODY ESSENTIAL ) | Master File No.: 2:08-cv-1946-RDP |
| NUTRITION, INC. PRODUCTS ) | |
| LIABILITY LITIGATION ) | This Document Relates To: All Cases |
| (MDL - 1985) ) | |

## WRIGHT ENRICHMENT, INC.'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

COMES NOW Wright Enrichment, Inc. ("Wright Enrichment") and in response to this Court's July 12, 2010 Order to Show Cause states as follows:

1. On or about May 27, 2010, Texamerican Food Blending, Inc. ("Texamerican") served its Second Interrogatories and Requests for Production of Documents to Wright Enrichment.

2. On June 18, 2010, this Court entered an order to stay this litigation "to enable the parties to continue their efforts to settle the cases which are part of this multi-district litigation without the distraction and expense of discovery and other litigation matters."

3. On July 9, 2010, Texamerican filed its Motion to Compel Defendant Wright Enrichment Responses to Second Interrogatories and Request for

Production of Documents.

4. On July 12, 2010, this Court entered an Order to Show Cause why Texamerican's Motion to Compel should not be granted.

5. On July 14, 2010, counsel for Wright Enrichment forwarded counsel for Texamerican documents responsive to Texamerican's Second Requests for Production.

6. On July 15, 2010, counsel for Wright Enrichment provided counsel for Texamerican responses to Texamerican's Second Interrogatories.

7. Wright Enrichment has therefore fully responded to Texamerican's Second Interrogatories and Requests for Production and Texamerican's Motion to Compel is moot.

/s/ *M. Alex Goldsmith*
M. ALEX GOLDSMITH
One of the Attorneys for
Defendant Wright Enrichment, Inc.

OF COUNSEL:
CHRISTIAN & SMALL LLP
1800 Financial Center
505 North 20th Street
Birmingham, Alabama  35203-2696
(205) 795-6588
Fax (205) 328-7234
magoldsmith@csattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing Notice of Service of Discovery Documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants and/or that I have mailed by U.S. Mail to the foregoing, on this the 15th day of July, 2010:

divansek@gloorlaw.com
Donald F Ivansek
**GLOOR LAW GROUP LLC**
225 West Wacker Drive, Suite 1700
Chicago, IL 60606
    **Counsel for Defendant** - Texamerican Food Blending, Inc.

cireland@carrallison.com
Glenn E. Ireland
**CARR ALLISON**
100 Vestavia Parkway, Ste. 200
Birmingham, AL  35216
    **Counsel for Defendant** - Texamerican Food Blending, Inc.

rcate@handarendall.com
Rodney R. Cate
**HAND ARENDALL, LLC**
RSA Tower
P. O. Box 123
Mobile, AL  36601
    **Counsel for Defendant: Total Body Essential Nutrition, Inc.**

mallen@hbss.net
Matthew C. Allen
**HALL BOOTH SMITH & SLOVER, P.C.**
1180 West Peachtree Street NW
Suite 900
Atlanta, Georgia 30309
    **Counsel for Defendant - General Nutrition Corporation**

chrish@pdkhlaw.com – Plaintiffs' Steering Committee
Chris Hellums
**PITTMAN, DUTTON, KIRBY & HELLUMS**
2001 Park Place North, Suite 1100
Birmingham, AL  35203-2716

wespittman@pittmanfirm.com – Plaintiffs' Steering Committee
C. Wes Pittman
**PITTMAN & PERRY, P.A.**
432 McKenzie Avenue
Panama City, FL   32402

ekirkwood1@cs.com – Plaintiffs' Steering Committee
E. Kirk Wood
**WOOD LAW FIRM, LLC**
P. O. Box 382434
Birmingham, AL  35238-2434


/s/   *M. Alex Goldsmith*
Of Counsel